# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| KIM NEWMAN, | * | |
| Plaintiff | * | |
| v. | * | Civil No: 1:15-cv-03256-RDB |
| MIDLAND FUNDING, LLC and MIDLAND CREDIT MANAGEMENT, INC. | * | |
| Defendant. | * | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiff, Kim Newman, hereby dismisses the above-captioned case with prejudice, with the consent of the Defendants, Midland Funding, LLC and Midland Credit Management, Inc., pursuant to the agreement of the parties.

Respectfully submitted,

_____/s/_____
Kathleen P. Hyland, Bar No. 30075
Jane Santoni, Bar No. 05303
Williams & Santoni, LLP
401 Washington Avenue, Suite 200
Towson, Maryland 21204
(410) 938-8666
(410) 938-8668 (fax)
kat@williams-santonilaw.com
jane@williams-santonilaw.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this document was served on the Defendants' counsel when filed via the Court's CM/ECF system on May 6, 2016.

/s/ Kathleen P. Hyland

**Request Granted this 9th day of May, 2016.**

Richard D. Bennett
United States District Judge